RECEIVED
IN LAKE CHARLES, LA

JUL 25 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| IVOR RONALD GILLINGS | : | DOCKET NO. 2:06-CV-0188 |
| VS. | : | JUDGE MINALDI |
| ALBERTO GONZALEZ, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petitioner's challenge to his removal order be DISMISSED for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that petitioner's challenge to his detention be DENIED and as premature.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of July, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE